■ (A) NED R. McDAVID et al. v. MURRAY SARGENT, JR., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ. (B) In the Matter of the Arbitration between ALBERT RONCEY and ROBERT

FRENKEL. [Same decision.] Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. (C) In the Matter of PAULINE S. BRESNICK et al. v. TAX COMMISSION OF THE CITY OF NEW YORK. [Same decision.] Concur — Breitel, J. P., Valente, McNally and Stevens, JJ. (D) BEOL, INC., in Behalf of Itself and Other Judgment Creditors Similarly Situated v. HERMAN S. DORF et al. [Same decision.] Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.